## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.,*[1] | Case No.: 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee, Plaintiff, v. FAY YE, Defendant. | Adv. Pro. No.: 24-05129 (JAM) |

### ENTRY OF DEFAULT

On February 11, 2024, Luc A. Despins, in his capacity as the Chapter 11 Trustee ("Trustee") of the Chapter 11 case of Ho Wan Kwok initiated this adversary proceeding by filing a complaint (the "Complaint") against the defendant, Fay Ye (the "Defendant"). (ECF No. 1).

On February 20, 2024, a Summons and Notice of Pretrial Conference was issued (the "Summons," ECF No. 3). Upon proper service made in accordance with Fed. R. Civ. P. 4 and Fed. R. Bankr. P. 7004, the Summons provides that parties served with the Summons and Complaint within a judicial district of the United States have 60 days from service of the Summons to answer or respond to the Complaint and parties served with the Summons and Complaint in a foreign country have 60 days from service of the Summons to answer or respond to the Complaint.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

On February 27, 2024, the Plaintiff caused the Defendant to be served with the Summons and Complaint via U.S. mail, first-class, and via Federal Express, overnight delivery to:

>Fay Ye
>319 Cumberland Road
>South Orange, NJ 07079

(ECF No. 8).

Therefore, the Defendant had until December 15, 2025, to timely answer or otherwise respond to the Complaint.  No timely answer or response was filed.

On January 8, 2026, the Trustee filed a Request for Entry of Default as to the Defendant for its failure to timely plead or otherwise defend the allegations in the Complaint.  (ECF No. 24).

A review of the docket indicates the Defendant was served with the Summons and Complaint and has failed to timely plead or otherwise defend the allegations in the Complaint.  Therefore, a default is entered against the Defendant, Fay Ye, in accordance with Fed. R. Civ. P. 55(a), as made applicable in this adversary proceeding through Fed. R. Bankr. P. 7055.

Dated: January 12, 2026.

_____
Pietro Cicolini
Clerk of Court


United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov