# United States Bankruptcy Court

## District of Connecticut



In re:

　　Ho Wan Kwok, *et al.,*[1]

　　Debtor*

Case Number: 22−50073 (JAM)
Chapter: 11

## AMENDED NOTICE OF HEARING ON TRUSTEE'S MOTION TO AMEND PRETRIAL ORDER

　　　　A Status Conference on the Trustee's Motion to Amend Pretrial Order Governing Avoidance Actions and Alter Ego Actions was held on March 17, 2026, and continued to March 24, 2026.  During the continued Status Conference, among other things, the Court announced on the record that a hearing on the Motion would be held on April 2, 2026, at 10:00 A.M.  The Court also announced if parties wish to observe the hearing, they can do so remotely, but any party who wishes to be heard must attend the hearing in person.  No party shall file a motion to appear remotely at the hearing and any motion to appear remotely will not be granted.

**THEREFORE, PLEASE TAKE NOTICE** that a hearing will be held on **APRIL 2, 2026** at **10:00 A.M.** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

　　　　Motion to Amend Pre-Trial Order *Governing Avoidance Actions and Alter Ego Actions*
　　　　Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee, (ECF No. 5122)

**NOTICE IS FURTHER GIVEN** that **AT OR BEFORE 5:00 P.M. on APRIL 1, 2026,** any party who wishes to observe the hearing must contact the Clerk's Office for instructions to observe the ZoomGov.com hearing by sending an email to [CalendarConnect_BPT@ctb.uscourts.gov](mailto:CalendarConnect_BPT@ctb.uscourts.gov).

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

Dated: March 30, 2026

　　　　　　　　　　　　　　　　　　　　　　　　Pietro Cicolini
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov